No. 98–830. Amoco Production Co., on Behalf of Itself and the Class It Represents v. Southern Ute Indian Tribe et al. C. A. 10th Cir. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 5, 1999. Briefs of respondents are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, April 2, 1999. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, April 16, 1999. This Court's Rule 29.2 does not apply. Justice Breyer took no part in the

consideration or decision of this petition. ▉